IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS WELLS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:03-cv-72-F |
| | ) WO |
| KATHY KYZER, *et al.,* | ) ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's objection (Doc. #49) to the Recommendation of the Magistrate Judge (Doc. #46) filed on May 24, 2005 is overruled;

(2) The Recommendation of the Magistrate Judge entered on April 28, 2005 is adopted;

(3) The defendants' motions for summary judgment are GRANTED on the federal claims for relief presented by the plaintiff.

(4) The plaintiff's pendent state claims are DISMISSED without prejudice.

(5) This action is DISMISSED with prejudice, costs taxed against the plaintiff.

DONE this 6th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE